UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JASON BUCHHOLZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | 4:25-CV-04247-RAL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Plaintiff Jason Buchholz sought review of the Commissioner's final decision denying his application for Social Security disability benefits. Doc. 1. Magistrate Judge Veronica L. Duffy issued a report and recommendation on August 19, 2026, recommending that the case be remanded back to the Social Security Administration under sentence four. Doc. 19. The fourteen days for objecting to the report and recommendation have passed with neither Bucholz nor the Government filing any objections.

This Court has reviewed the report and recommendation and finds no error within it. With no objections, this court need not review the facts de novo. Thompson v. Nix, 897 F.2d 356, 357 (8th Cir. 1990) (per curiam). For good cause, it is

ORDERED that the Report and Recommendation, Doc. 19, is adopted and that the Commissioner's decision is reversed and remanded for reconsideration under 42 U.S.C. § 405(g), sentence four.

DATED this 3rd day of September, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE