UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JASON BUCHHOLZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | 4:25-CV-04247-RAL<br><br>JUDGMENT REVERSING AND REMANDING CASE |

On September 3, 2026, this Court adopted the Report and Recommendation recommending that the Commissioner's decision be reversed and remanded. For the reasons contained in the report and recommendation, it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in this case reversing and remanding the Commissioner's decision, consistent with the report and recommendation.

DATED this 3rd day of September, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE